# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3510

_____

Patricia Lawrence,              *
                                  *

        Appellant,       *

                                  *   Appeal from the United States
     v.                        *   District Court for the
                                  *   Eastern District of Arkansas.

Kenneth S. Apfel, Commissioner of   *
Social Security Administration,    *      **[UNPUBLISHED]**
                                  *

        Appellee.        *

_____

Submitted:  February 21, 2001
Filed:   February 26, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Patricia Lawrence appeals the district court's[1] order affirming the Commissioner's decision to deny disability insurance benefits and supplemental security income. For the reasons explained in the district court's order, we affirm. See 8th Cir. R. 47B.

_____

[1]The HONORABLE H. DAVID YOUNG, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.